Order entered November 20, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00819-CV

**JULIUS HOLMES, ANTONIO SPENCER AND ALL OCCUPANTS OF 3320 PECAN SHADOW WAY, DALLAS, TEXAS, Appellants**

V.

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R2, Appellee**

On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-11-08781-D

## ORDER

The Court has before it appellee's November 6, 2012 motion to dismiss appeal as moot.

The Court **ORDERS** appellant to file a response to the motion within ten days of the date of this order. If appellant does not do so, this appeal may be dismissed without further notice.

MOLLY FRANCIS
JUSTICE